IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMIEE JASEMINE WILLIAMS, )
)
v. ) 3:09-0135
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

    Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends Plaintiff's Motion to Show Cause Why This Case Should be Reviewed which the Court considers as a Motion for Judgment on the Administrative Record, Document #23, be DENIED, and the decision of the Commissioner be affirmed. No objections have been filed.

    The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

    For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #23, is **DENIED**, Defendant's Motion for Judgment on the Record by Social Security Administration, Document #26, is **GRANTED**, the decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED**.

    Defendant's Motion for Order to Show Cause Why This Complaint Should Not Be Dismissed, Pursuant To Rule 41(b), Federal Rules of Civil Procedure, Document #15, is **DENIED** as moot,

    It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge